UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DORA SALAMANCA,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

Case No. 5:16-cv-03345-EJD

**PRETRIAL ORDER (JURY)**

The above-entitled action is scheduled for a Trial Setting Conference on March 9, 2017. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on October 12, 2017 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | September 28, 2017 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | October 2, 2017 |
| Jury Selection | 9:00 a.m. on November 7, 2017 |
| Jury Trial | November 7-8, 2017 |
| Jury Deliberations | November 9, 2017 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to all pretrial submissions.

IT IS FURTHER ORDERED that the motion to appear telephonically (Dkt. No. 55) is TERMINATED AS MOOT.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: March 6, 2017



EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-03345-EJD
PRETRIAL ORDER (JURY)

2